AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: June 8, 2023 @ 830A | Copy of warrant and inventory left with: At location |
| Inventory made in the presence of : Location Unoccupied | | |

Inventory of the property taken and name of any person(s) seized:

See Attached receipts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/9/23

_____
Executing officer's signature

SA Andrew Hoffman
Printed name and title



U.S. GOVERNMENT PRINTING OFFICE: 2014 - 384-758

(1)

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO. CV-19-0012

G-DEP IDENTIFIER

FILE TITLE

DATE 06/08/23

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Numerous rolls of Assorted Labels + empty Genotropin boxes | 31 Cherry St Milford, CT Suite 103 |
| 1 | sheets of Pre-printed labels | |
| 1 | Empty blue packages | |
| 1 | Numerous empty bottles some with labels and some with no labels | |
| 1 | Box of empty glass vials + caps, crimper, pipettes vial tray | |
| 1 | Box of grey small plastic container + clear plastic container | |
| 7 | boxes of BD syringes | |
| 8 | True plus boxes of syringes | |
| 1 | Box Needle head | |
| 1 | opened box of caps + syringes | |
| 4 | Anabolic steroid Test Kits | |
| 6 | Sterile water bottles | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| | FILE TITLE | |
| | DATE | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 11 | Clear plastic jars cont. numerous pills with assorted labels | |
| 2 | blue ziploc bag w/ numerous pills | |
| 13 | Boxes of HGH | |
| 2 | boxes of Genotropin | |
| 2 | Boxes of Insulin | |
| 2 | Boxes of Growth Factor | |
| 2 | Boxes of Ganadotrophin | |
| 4 | Boxes of Cabergoline Tablets | |
| 3 | Boxes of Orlistate capsules | |
| 4 | white boxes of NolVA cont. clear glass vials | |
| 1 | white box of glass vials blue cap | |
| 5 | white box cont. Oxytosin | |
| 2 | boxes of Ace .031 vials blue caps | |
| 5 | boxes IGFLR3 vials white + green caps | |
| 4 | boxes PT-141 vials blue + green caps | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |



GPO U.S. GOVERNMENT PRINTING OFFICE: 2014 - 384-758

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 3 | Boxes GHRP-6 vials white & green caps | |
| 4 | Boxes GHRP-2 vials blue caps | |
| 13 | boxes of MenoTrophin glass bottle yellow cap | |
| 2 | clear ziploc bag white pills / silver ziploc bag with MK 77 | |
| - | TB-500 14 boxes vials clear & silver caps | |
| 1 | Box IGF-DES vials green & blue caps | |
| | ziploc bag cont. 2 vials | |
| 4 | Boxes GonedoTrophin injections & | |
| (1) | strainer Bin had HGH | |
| 3 | Boxes of Peg-MGF vials green Tops | |
| 8 | Boxes of CJC-NO DAC vials red Tops | |
| 5 | Boxes of FRAG vials blue Tops | |
| 10 | BPC-157 10 boxes vials blue Tops | |
| 2 | HCG - 2 boxes red Tops vials | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)



**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| | FILE TITLE | |
| | DATE | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 5 | Boxes MTZ vials yellow Tops | |
| 7 | Boxes CCC w/ DAC vials purple caps | |
| 1 | Box of Cabergoline Tablet IP 0.5 mls | |
| 1 | clear ziploc bag pills (1) blue ziplock pills | |
| | Cislis | |
| 1 | clear plastic cont. residue (1) | |
| | blue envelope empty | |
| 5 | Boxes of Tadalsfil | |
| 1 | Box of orlistat capsules USP 120 mg | |
| 2 | Boxes of Raloxifen Tablets 60 mg | |
| 3 | Boxes of Finasteride Tablet of IP (1) mg | |
| 1 | Box of Sildenafil Citrate Tablet | |
| 1 | Tablet press | |
| 1 | HP silver computer | |
| 1 | Label printer | |
| 2 | Packages of shipping labels closed | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO. CV-19-0012

G-DEP IDENTIFIER

FILE TITLE

DATE 06/08/23

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Ex: 82 | (1) clear plastic container numerous pills Proviron 25 pills | |
| | (2) blue envelopes of Proviron 25 pills | |
| 83 | (1) clear plastic cont w/R numerous w/ pills Winstrol 50 | |
| | (1) ziploc bag numerous pills of Winstrol 50 | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO. CV-19-0012

G-DEP IDENTIFIER

FILE TITLE

DATE 06/08/23

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Ex: 50 | (1) bottle of Anadrol 50 | Top of Stainless Table back room |
| 51 | (1) Bottle of Trestrolone 50 | " " |
| 52 | (1) bottle of Superdrol 50 | " " |
| 53 | (2) bottles of Sustanon 250 | " " |
| 54 | (2) bottles of Trenbolone Enanthate 300 | " " |
| 55 | (1) bottle of Testosterone Enanthate 300 | " " |
| 56 | (2) bottles of Testosterone Cypionate ST 300 | " " |
| 57 | (2) bottles of Testosterone Propionate 100 | " " |
| 58 | (1) bottle of Winstrol 50 | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO. CV-19-0012

G-DEP IDENTIFIER

FILE TITLE

DATE 06/08/23

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Ex: 41 | (4) Bottles of Equipose 300 | Top of Stainless Table back room |
| 42 | (12) Bottles of Primoblan 100 | " " |
| 43 | (11) Bottles of Trembolone Acetate 100 | |
| 44 | (10) Bottles of Nandrolose Decanoate 300 | |
| 45 | (2) Bottles of Masterone Propionate 100 | |
| 46 | (2) Bottles of Masterone Enanthate 250 | |
| 47 | (6) Bottles of Testmax 599 | |
| 48 | (1) Bottle of Nandrolone Phenylpropionate 150 | |
| 49 | (2) Bottles of Dianabol 50 | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO. CV-19-0012

G-DEP IDENTIFIER

FILE TITLE

DATE 06/08/23

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Ex: 74 | (1) clear plastic cont. numerous white pills Winvar 50 | |
| 75 | Anadrol 50 in clear plastic cont numerous white pills | |
| 76 | Turanbol 50 in clear plastic cont numerous white pills | |
| 77 | (1) blue package cont (1) plastic cont of Dranobol 50 | |
| 78 | (2) clear plastic container of numerous pills Anavar 25 | |
| 79 | (1) clear zip loc bag cont numerous pills handwritten Halo Test x 1000 | |
| 80 | (1) plastic container numerous pills Clenbuterol 40 | |
| 81 | (1) clear plastic container numerous pills Superdrol 10 | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5:2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

FILE NO. CV-19-0012

G-DEP IDENTIFIER

FILE TITLE

DATE 06/08/27

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Ex: 59 | (2) bottles of DHB 200 | Top of Stainless Table back room |
| 60 | (1) clear plastic bottle Handwritten DHB on bottle | " |
| 61 | (2) bottles of Test Base | " |
| 62 | (2) bottles of Big Beast 425 | " |
| 63 | (3) bottles of Lean Breast 425 | " |
| 64 | (2) bottles of Swole 230 | " |
| 65 | (2) bottles of Apex Rip 230 | " |
| 66 | (2) bottles of Tri Tren 225 | " |
| 67 | (2) bottles of Apex Beast 225 | " |
| 68 | (1) bottle of Turanbel 50 | |
| 69 | (1) bottle of Furious Beast 555 | |
| 70 | (2) bottles of Proviron 25 mg | |
| 71 | (1) bottle of Dbol 50 mg | |
| 72 | (1) clear plastic bottle Halo handwritten 5 mg | |
| 73 | (1) clear plastic bottle TBOL Handwritten | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version